**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **PRINCIPAL SECURITIES, INC.,**<br><br>*Petitioner*,<br><br>v.<br><br>**SANJEEV AGARWAL, RAJSHRI AGARWAL, and TECHNOCHEM INTERNATIONAL, INC.,**<br><br>*Respondents*. | Case No. __04:20-cv-257__<br><br>**EXHIBIT A** |

**EXHIBIT A TO
PETITION TO ENJOIN FINRA ARBITRATION FILED BY
SANJEEV AGARWAL, RAJSHRI AGARWAL &
TECHNOCHEM INTERNATIONAL, INC.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

**PRINCIPAL SECURITIES, INC.,**

    *Petitioner*,

v.

**SANJEEV AGARWAL, RAJSHRI AGARWAL, & TECHNOCHEM INTERNATIONAL, INC.,**

    *Respondent*.

## DECLARATION OF C. MEAGHAN ALVAREZ

I, C. Meaghan Alvarez, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is (Catherine) Meaghan Alvarez. I am over the age of twenty-one and competent to testify to the statements set forth in this Declaration.

2. I serve as a Chief Compliance Officer at Principal Securities, Inc. ("PSI"). I have held this position since January 20, 2020. The statements set forth in this Declaration are based upon my personal knowledge and information and records of the regularly conducted business activities of PSI.

3. I have reviewed Respondents' Statement of Claim and have familiarized myself with the allegations.

4. This Declaration is supplied in support of PSI's Petition to Enjoin Arbitration filed contemporaneously herewith.

5. PSI is a FINRA-registered broker-dealer (CRD# 1137).

6. PSI is an Iowa corporation with its principal place of business in Des Moines, Iowa.

7. Respondents Rajshri Agarwal and Technochem International, Inc. are not customers of PSI. They have never maintained any accounts with PSI, nor have they ever invested with or purchased securities of any type by or through PSI.

8. Respondent Sanjeev Agarwal became a PSI customer via a policy ownership change in July 2019. Respondent Sanjeev Agarwal did not execute an arbitration agreement in connection with becoming a PSI policy owner. Prior to July 2019, Respondent Sanjeev Agarwal was not a customer of PSI, had never maintained any accounts with PSI, and had never invested with or purchased securities of any type by or through PSI.

9. PSI did not enter into any pre-dispute agreements to arbitrate disputes with Sanjeev Agarwal, Rajshri Agarwal, or Technochem International, Inc..

10. PSI has not entered into any post-dispute agreements to arbitrate the present dispute with Sanjeev Agarwal, Rajshri Agarwal, or Technochem International, Inc..

11. PSI did not sign the FINRA Uniform Submission Agreement consenting to resolving this dispute via FINRA arbitration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/29/2020 .

*C Meaghan Alvarez*
_____
C. Meaghan Alvarez



**Certificate Of Completion**

| | | |
|---|---|---|
| Envelope Id: E55959B408C54209BB7EDF6656A19930 | | Status: Completed |
| Subject: Please DocuSign: PSI-Agarwal - Declaration ISO Petition to Enjoin.pdf | | |
| Source Envelope: | | |
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Tonya Stevenson |
| AutoNav: Enabled | | 1901 Sixth Ave N |
| EnvelopeId Stamping: Disabled | | Suite 2400 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | Birmingham, AL  35203 |
| | | TStevenson@maynardcooper.com |
| | | IP Address: 199.227.17.93 |

**Record Tracking**

| | | |
|---|---|---|
| Status: Original<br>       7/29/2020 10:02:26 AM | Holder: Tonya Stevenson<br>              TStevenson@maynardcooper.com | Location: DocuSign |

**Signer Events** | **Signature** | **Timestamp**
---|---|---
C Meaghan Alvarez<br>alvarez.meaghan@principal.com<br>CCO, Principal Securities, Inc.<br>Security Level: Email, Account Authentication (None) | *C Meaghan Alvarez*<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 161.69.122.14 | Sent: 7/29/2020 10:06:53 AM<br>Viewed: 7/29/2020 10:19:36 AM<br>Signed: 7/29/2020 10:21:15 AM

**Electronic Record and Signature Disclosure:**
   Accepted: 7/29/2020 10:19:36 AM
   ID: d723b204-6e1d-4b80-9657-acbeb3965381

**In Person Signer Events** | **Signature** | **Timestamp**
---|---|---

**Editor Delivery Events** | **Status** | **Timestamp**
---|---|---

**Agent Delivery Events** | **Status** | **Timestamp**
---|---|---

**Intermediary Delivery Events** | **Status** | **Timestamp**
---|---|---

**Certified Delivery Events** | **Status** | **Timestamp**
---|---|---

**Carbon Copy Events** | **Status** | **Timestamp**
---|---|---

**Witness Events** | **Signature** | **Timestamp**
---|---|---

**Notary Events** | **Signature** | **Timestamp**
---|---|---

**Envelope Summary Events** | **Status** | **Timestamps**
---|---|---
Envelope Sent | Hashed/Encrypted | 7/29/2020 10:06:53 AM
Certified Delivered | Security Checked | 7/29/2020 10:19:37 AM
Signing Complete | Security Checked | 7/29/2020 10:21:15 AM
Completed | Security Checked | 7/29/2020 10:21:15 AM

**Payment Events** | **Status** | **Timestamps**
---|---|---

**Electronic Record and Signature Disclosure**