IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PRINICPAL SECURITIES, INC.,<br><br>  Petitioner,<br><br>vs.<br><br>SANJEEV AGARWAL, RAJSHRI AGARWAL, and TECHNOCHEM INTERNATIONAL, INC.,<br><br>  Respondents. | Case No. 4:20-cv-00257 |

**DECLARATION IN OPPOSITION TO PETITIONER'S MOTION FOR PRELIMINARY AND PERMENANT INJUNCTION**

I, Adam J. Weinstein, pursuant to U.S.C. § 1746, hereby declare under penalty of perjury:

1.  I am a partner of the law firm Gana Weinstein, LLP, attorneys for Respondent Technochem International, Inc.  By virtue of my review of the files maintained by that law firm for the prosecution and defense of the claims in this matter, I am fully familiar with the facts, pleadings and prior proceedings had herein.  This declaration is respectfully submitted in opposition to Petitioner's motion for a preliminary and permanent injunction and in support of Respondents request to compel arbitration.

2.  On August 25, 2016 John Krohn sent Sanjeev Agarwal an email containing terms for an investment in Spotlight Innovation Inc ("Spotlight").  (attached hereto as **Exhibit A**).

3.  On August 31, 2016 Dr. Agarwal sent Mr. Krohn an email stating that he was confirming that he and his wife, Rajshri Agarwal, were investing $250,000 in Spotlight, dropping off the subscription documents at Mr. Krohn's offices at Principal Securities, Inc. ("PSI"), and wanted the debt to be converted to stock.  (attached hereto as **Exhibit B**).

4. On October 3, 2016 Dr. Agarwal was issued a stock certificate for 675,676 shares of Spotlight. (attached hereto as **Exhibit C**).

5. A true and correct copy of KemX's balance sheet as provided to Dr. Agarwal purporting to contain KemX's balance sheet information for the years 2017 and 2018. (attached hereto as **Exhibit D**).

6. On August 11, 2017 William Pim, Spotlight's Chief Financial Officer, sent Dr. Agarwal an email concerning the expenses and services that Technochem had loaned to KemX. (attached hereto as **Exhibit E**).

7. On September 27, 2017 Dr. Agarwal sent Mr. Krohn an email purporting to renegotiate KemX debt owed to Technochem in exchange for additional investment in Spotlight. (attached hereto as **Exhibit F**).

8. On December 1, 2017 Mr. Krohn sent Dr. Agarwal an email with an investment proposal for K4 Enterprises. The presentation purports to show that K4 held investments in Spotlight, Caretta Therapeutics, KemX, GOOI Global, and Prairie Crest Capital. (attached hereto as **Exhibit G**).

9. On February 15, 2020, Plaintiff responded to Morgan Stanley's statement concerning arbitrability. (attached hereto as **Exhibit G**).

10. A true and correct copy of FINRA's regulatory action against Mr. Krohn entitled *FINRA v. John Krohn,* FINRA AWC No. 2017052852801 (Apr. 16, 2018). (attached hereto as **Exhibit H**).

11. A true and correct copy of the parties arbitration agreement under FINRA Rule 12200. (attached hereto as **Exhibit I**).

Dated:  September 4, 2020

                                                GANA WEINSTEIN LLP

                               By:    /s/ Adam J. Weinstein_____
                                           Adam J. Weinstein, Esq.
                                           345 Seventh Avenue, 21st Floor
                                           New York, New York 10001
                                           Tel: (800) 810-4262
                                           Email: aweinstein@ganallp.com

                                           *\* Motion for Pro-Hac Vice Forthcoming*
                                           *Attorneys for Respondent Technochem*
                                           *International, Inc*