| | |
|---|---|
| **From:** | John Krohn |
| **To:** | Dr. Sanjeev Agarwal |
| **Subject:** | Fwd: Term Sheet |
| **Date:** | Thursday, August 25, 2016 6:33:12 PM |
| **Attachments:** | Term Sheet Aug 2016 (2).docx |

---------- Forwarded message ----------
From: **John Krohn** <jkrohn57@gmail.com>
Date: Thursday, August 25, 2016
Subject: Term Sheet
To: John Krohn <jkrohn57@gmail.com>

# FOR INTERNAL DISCUSSION ONLY

Investment Up To $2,500,000
Spotlight Innovation Inc.

**PROPOSED FINANCING TERMS**

| | |
|---|---|
| **Issuer:** | Spotlight Innovation Inc. (the Company") |
| **Instrument:** | Convertible Note. |
| **Conversion Feature:** | At the option of the Holder, at any time prior to the Maturity Date (as defined below), the Convertible Note is convertible into shares of Common Stock of the Company at a price per share equal to Ninety Percent (90%) of the closing bid price of the Common Stock during the 20 consecutive trading days immediately preceding such conversion. In the event on the Maturity Date the Convertible Note has not been previously converted, the Convertible Note will automatically convert into shares of Common Stock of the Company at a price per share equal to Eighty Percent (80%) of the closing bid price of the Common Stock during the 20 consecutive trading days immediately preceding the Maturity Date. |
| **Term:** | 24 Months ("Maturity Date"). |
| **Interest:** | Interest of seven and one half percent (7.5%) computed on the basis of a 365-day year for the actual number of days elapsed and shall compound annually. Interest payable upon conversion of the Convertible Note at the applicable Conversion Price. |
| **Royalty:** | Investors will share (pro rata based on investment), during years two, three and four, in the following revenues of a subsidiary of the Company, to be formed, focused on cobra venom based products sold: Aggregate of Five (5%) percent of net revenues. Net revenues is defined as gross revenues, minus all license/royalty fees and cost of goods sold. Royalties will be cease once investor receives two times the amount invested. |
| **Warrants:** | Investors will receive warrants to purchase Common Stock of the Company equal to thirty percent of the amount invested based on the exercise price. Exercise price is defined as one hundred ten percent (110%) of the closing bid price of the common stock of the Company on the six month anniversary of the date of the issuance date. |
| **Dollar Amount:** | The aggregate amount of up to Two Million Five Hundred Thousand Dollars ($2,500,000). |

| | |
|---|---|
| **Documentation:** | The definitive documentation shall include a Convertible Note which shall contain such additional provisions, including without limitation representations, warranties, covenants, agreements and remedies, as the Investor may reasonably request. |
| **Confidentiality:** | The recipient agrees to keep this term sheet and its contents confidential and not to distribute it to, or discuss it with, any third party (other than the recipient's legal and financial advisors, who shall be informed of the confidential nature of this document) without the prior express written consent of the investor. |
| **Closing Date:** | Upon completion of Definitive Documentation. |

This Term Sheet is intended for discussion purposes only and is not an offer for the purchase or sale of the Company's Common Stock. Closing is subject to mutual agreement of final documentation between the Company and the undersigned. This Term Sheet will be considered void if not executed by both parties prior to the close of business on ------------, 2016.

The undersigned Company officer, on behalf of the Company hereby represents and warrants that this term sheet has been duly authorized, executed and delivered by the Company.

Accepted and Agreed on this ___ day of August, 2016

**Spotlight Innovation Inc.**


_____
BY:




_____
BY:

2 | Page