| | |
|---|---|
| **From:** | Dr. Sanjeev Agarwal |
| **To:** | John Krohn |
| **Cc:** | cris@spotlightinnovation.com; Rajshri Agarwal |
| **Bcc:** | Dr. Sanjeev Agarwal |
| **Subject:** | Re: Meet with John this afternoon? |
| **Date:** | Wednesday, August 31, 2016 6:07:47 PM |

John

Rajshri and I have signed subscription documents for investing $250,000 in Spotlight. We dropped it off at your office this afternoon at 4:00 PM. Please register the transaction in today's date. We have also chosen to convert the debt to common stock immediately.

Dr. Sanjeev Agarwal
President
Technochem
515-450-1779
Sent from my iPhone

On Aug 31, 2016, at 12:31 PM, John Krohn <jkrohn57@gmail.com> wrote:

> Sounds good Sanjeev, see you at our office at 2:00.
>
> Thanks,
>
> Kevin Immel
> 515-249-1214
>
> On Wed, Aug 31, 2016 at 12:15 PM, Dr. Sanjeev Agarwal <agarwal@technocheminc.com> wrote:
>
>> That will work.
>>
>> Dr. Sanjeev Agarwal
>>
>> <image002.jpg>
>>
>> Technochem International, Inc.
>>
>> 967 Quartz Ave.
>>
>> Boone, IA 50036, USA
>>
>> Tel: +1-515-432-4020 x201
>>
>> Fax: +1-515-432-4041
>>
>> Cell: +1-515-450-1779

Web: www.technocheminc.com

**From:** John Krohn [mailto:jkrohn57@gmail.com]
**Sent:** Wednesday, August 31, 2016 12:03 PM
**To:** Dr. Sanjeev Agarwal
**Subject:** Re: Meet with John this afternoon?

Sanjeev,

Will 2:00 work?  John has a 4:00 and 5:15.  Let us know, thanks.

Thanks,

Kevin

On Wed, Aug 31, 2016 at 9:53 AM, Dr. Sanjeev Agarwal <agarwal@technocheminc.com> wrote:

Sure--what time will work best for him?  Probably later the better.

Dr. Sanjeev Agarwal

<image003.jpg>

Technochem International, Inc.

967 Quartz Ave.

Boone, IA 50036, USA

Tel: +1-515-432-4020 x201

Fax: +1-515-432-4041

Cell: +1-515-450-1779

Web: www.technocheminc.com