

NUMBER
AE.573

SHARES
*********675,676*********

**Spotlight Innovation Inc.**

INCORPORATED UNDER THE LAWS OF THE STATE OF NEVADA

$0.001 PAR VALUE COMMON STOCK

CUSIP  849207105
COMMON STOCK

THIS CERTIFIES THAT

Is The Owner of   SANJEEV AGARWAL

* SIX HUNDRED SEVENTY FIVE THOUSAND SIX HUNDRED SEVENTY SIX *

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK OF
Spotlight Innovation Inc.

Transferable on the books of the Corporation in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.

Dated: OCTOBER 03, 2016

COUNTERSIGNED AND REGISTERED:
VSTOCK TRANSFER, LLC
Transfer Agent and Registrar

By: _____
AUTHORIZED SIGNATURE

_____
President

SEE LEGEND ON REVERSE

Scanned with CamScanner

**VStock Transfer, LLC**
**18 Lafayette Place**
**Woodmere, NY 11598**
**(212) 828-8436**
**(646) 536-3179 fax**
**Letter of Transmittal**

10/03/2016

SANJEEV AGARWAL
3320 GOLDENROD CIRCLE
AMES IA 50014

Dear Stockholder:

Enclosed please find the following certificates:

| Certificate # | Denomination | Issue | Date of Certificate |
|---|---|---|---|
| AE.573 | 675,676 | SPOTLIGHT INNOVATION INC. | 10/03/2016 |

If you have any questions or concerns, please do not hesitate to contact us at (212) 828-8436 or via email at info@vstocktransfer.com.

Best Regards,

VStock Transfer, LLC

Scanned with CamScanner