# KemX Global
# Balance Sheet

|  | 12/31/2017 | 12/31/2018 Total |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| Community State Bank | 14,762 | 31,749.98 |
| CSB-Savings | - | - |
| Peoples Bank - KemX Oil | 1,966 | 1,897.28 |
| **Total Bank Accounts** | **16,728** $ | **33,647.26** |
| **Accounts Receivable** | | |
| Accounts Receivable (A/R) | 304,570 | 397,688.12 |
| **Total Accounts Receivable** | **304,570** $ | **397,688.12** |
| **Other Current Assets** | | |
| Advance | 350,000 | 350,000.00 |
| Employee Advance | - | - |
| **Cash Value Life Insurance** | | |
| Policy Value | | 176,209.01 |
| Surrender Value | | (145,446.11) |
| **Net Cash Value Life** | | 30,762.90 |
| **Inventory** | | |
| Inventory - Additives | 71,315 | 35,221.87 |
| Inventory - Finished Goods Oil | 83,485 | 4,832.29 |
| Inventory - Finished Goods Glycerin | 4,832 | 48,399.66 |
| Inventory - Parts | 103,990 | 20,799.78 |
| Inventory - Raw Glycerin | 63,252 | 126,606.32 |
| Inventory - Raw Oil | 44,243 | 59,629.76 |
| Prepaid Inventory | - | 29,824.50 |
| **Total Inventory** | **371,117** $ | **325,314.18** |
| Loan - GOOI, LLC | - | - |
| Prepaid Expenses | - | 20,406.50 |
| **Total Other Current Assets** | **721,117** $ | **726,483.58** |
| **Total Current Assets** | **1,042,416** $ | **1,157,818.96** |
| **Fixed Assets** | | |
| **Fixed Assets** | | |
| Buildings | 5,908,884 | 5,925,613.09 |
| Land | 135,000 | 135,000.00 |
| Capital Orders in Progress | - | 1,005,012.25 |
| Furniture & Fixtures | 9,518 | 9,606.20 |
| Lab Equipment | 570,455 | 570,455.00 |
| Manufacturing Process Equipment | 18,915,238 | 19,003,758.27 |
| Rail Spur Costs | 207,370 | 207,370.00 |
| Vehicles | 47,960 | 47,960.00 |
| **Total Fixed Assets** | **25,794,425** $ | **26,904,774.81** |

| | | |
|---|---:|---:|
| **Accumulated Deprecation** | - $ | (1,666,020.72) |
| **Total Fixed Assets** | 25,794,425 $ | 25,238,754.09 |
| **Other Assets** | | |
|   Organizational Costs | 2,874,505 | 2,874,505.14 |
| **Total Other Assets** | 2,874,505 $ | 2,874,505.14 |
| **TOTAL ASSETS** | 29,711,346 $ | 29,271,078.19 |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       **Accounts Payable** | | |
|         Accounts Payable (A/P) | 1,834,864 | 1,356,997.82 |
|         **Consulting Fees Payable** | | |
|           Consulting Fees Payable - John Krohn | - | - |
|           Consulting Fees Payable - Mike Kemery | - | - |
|           Consulting Fees Payable - Sanjeev Agarwal | - | |
|         **Total Consulting Fees Payable** | - $ | - |
|       **Total Accounts Payable** | 1,834,864 $ | 1,356,997.82 |
|       **Other Current Liabilities** | | |
|         Due to Mike Kemery | - | 38,019.21 |
|         Accrued Interest Payable | 35,273 | - |
|         Accrued Payroll - Owners | 450,000 | 450,000.00 |
|         Accrued Payroll - Plant | | 31,318.94 |
|         Ally Bank - Ford F150 Truck | 28,428 | 18,017.19 |
|         Accrued Property Tax payable | - | 3,474.00 |
|         Due to Cargill - Market Differential | 145,000 | 79,489.80 |
|         Due to AgCertain (pay old payable) LOC | - | 583,575.65 |
|         AgCertain Loan to KemX to pay Todd & Sargent (const) | | 1,000,000.00 |
|         **Payroll Liabilities** | | |
|           Federal Taxes (941/944) | - | - |
|           Federal Unemployment (940) | - | - |
|           IA Income Tax | - | - |
|           IA Unemployment Taxes | - | - |
|           Principal 401K | - | - |
|         **Total Payroll Liabilities** | - $ | - |
|         Rent | - | - |
|       **Total Other Current Liabilities** | 658,701 | 2,203,895 |
|     **Total Current Liabilities** | 2,493,565 | 3,560,893 |
|     **Long-Term Liabilities** | | |
| **Bank Debt** | | |
|   CSB Loan - 53732 | 8,485,940 | 7,690,654.45 |
|   CSB Loan - 53733 | 1,750,000 | 1,750,000.00 |
|   Peoples Bank Savings Loan 2 7133 | 3,262,434 | 3,174,664.13 |
|   Peoples Savings Bank Loan 6815 | 6,909,141 | 6,433,909.35 |
|     Peoples Bank Line Of Credit 7220 | 1,200,000 | 1,195,792.06 |
|     Peoples Bank LOC - KemX Oil 7220 | 300,000 | 300,000.00 |
|   **Total Bank Debt** | 21,907,515.00 | 20,545,019.99 |
|   **Loan from - Sanjeev Agarwal** | ==1,797,000== | ==1,752,000.00== |

| | | |
|---|---:|---:|
| Loan from K-4 | 874,933 | 2,470,056.81 |
| Loan from Technochem ((Plant equipment and Build) | 4,855,454 | 4,855,454.00 |
| Due K-4 | 1,668,657 | 1,785,121.94 |
| Due KC Energy | 138,452 | 138,452.00 |
| Due Technochem | 1,925,606 | 2,155,488.84 |
| **Total Shareholder Debt** | 11,260,102 | 13,156,573.59 |
| Notes payable - Musselman & Hall | | 79,563.16 |
| **Total Long-Term Liabilities** | **33,167,616.50** | **33,781,156.74** |
| **Total Liabilities** | **35,661,182** $ | **37,342,049.35** |
| Equity | | |
| Capital Contributions | | |
| Capital Contribution K4 - Oil | 1,000 | 1,000.00 |
| Capital Contribution - K4 - Glycerin | 5,000 | 5,000.00 |
| Capital Contribution - Technochem - Glycerin | 2,500 | 2,500.00 |
| Capital Contribution Technochem - Oil | 500 | 500.00 |
| Capital Contributions-Mark Merrit - Glycerin | 2,500 | - |
| Treasury Stock | - | (632,115.35) |
| **Total Capital Contributions** | **11,500** $ | **(623,115.35)** |
| Preferred Stock K-4 | - | 1,951,550.00 |
| Retained Earnings | (666,125) | (5,962,145.65) |
| Net Income | (5,295,210) | (3,437,260.16) |
| **Total Equity** | **(5,949,836)** $ | **(8,070,971.16)** |
| **TOTAL LIABILITIES AND EQUITY** | **29,711,346** $ | **29,271,078.19** |
| | 0.00 | 0.00 |
| | | |
| **Net working capital** | (1,451,149) | (2,403,074) |
| **Current Ratio 1.25/1.00** | 0.42 | 0.33 |
| | .42:1.00 | .33:1.00 |
| **Quick Ratio** | 0.27 | 0.23 |
| | | |
| **Tangible Net Worth Calculation Below** | | |
| **Per Bank description (reporting on a consolidated basis only)** | | |
| Total Assets | 29,711,346 | 29,271,078 |
| less Prepaids | - | (50,231) |
| **Tangible Net Worth Asset Value per Bank Iowa** | 29,711,346 | 29,220,847 |
| **Total Liabilities** | (35,661,182) | (37,342,049) |
| **Add Back Shareholder Debt (considered Equity per Bank)** | 11,260,102 | 13,156,574 |
| **Net Liabilities per Bank Iowa** | (24,401,080) | (24,185,476) |
| **Tangible Net Worth per Bank Iowa** | 5,310,266 | 5,035,371 |
| **Leverage ratio 3.25/1.00** | 4.60 | 4.80 |
| | 4.60:1.00 | 4.78:1.00 |