| | |
|---|---|
| **From:** | bill.pim@spotlightinnovation.com |
| **To:** | Dr. Sanjeev Agarwal |
| **Subject:** | Technochem costs |
| **Date:** | Friday, August 11, 2017 11:10:39 AM |
| **Attachments:** | Technochem costs to charge to KEMX.xlsx |

Sanjeev,

The attached file is a first draft of what we discussed this morning. Please review. You had indicated that Technochem has paid about $295K since January 1, 2017. I am assuming that some of that is in salaries? Do you have any idea how c=much of that could be supplies and other items so that I can apply to the correct cost categories?

J. William Pim, CPA
Chief Financial Officer
Spotlight Innovation

KEMX Global 2017 expenses to Technochem

|  |  |  | Month | 7 Months |
|---|---|---|---|---|
| Equiment Rental |  |  |  |  |
| Scissorlifts |  |  | 3,500.00 | 24,500.00 |
| Office |  |  |  |  |
| 5,000 Square Feet |  |  |  |  |
| Ames 5000 SQR FT price | $ 17.50 |  | 7,291.67 | 51,041.67 |
|  |  |  |  |  |
| Land (used cash rent) |  |  |  |  |
| 228/Acre | 4.79 | $ 228.00 | 1,092.12 | 7,644.84 |
|  |  |  |  |  |
| Other Costs |  |  |  |  |
|  |  |  |  |  |
| Payroll |  |  |  |  |
| Phylis | 57,000 |  | 4,750.00 | 33,250.00 |
| Nick | 55,000 |  | 4,583.33 | 32,083.33 |
| Advil *** | 60,000 |  | 5,000.00 | 35,000.00 |
| Don | 150,000 |  | 12,500.00 | 87,500.00 |
| Raj | 120,000 |  | 10,000.00 | 70,000.00 |
| Sanjeev | 300,000 |  | 25,000.00 | 175,000.00 |
|  |  |  |  |  |
| Ellectrician | Pending |  |  |  |
|  |  |  |  |  |
| Total Costs to add through July |  |  |  | 516,019.84 |
|  |  |  |  |  |
| Consulting for Oil |  |  |  |  |
| Sanjeev |  |  |  | 150,000.00 |