| | |
|---|---|
| **From:** | Dr. Sanjeev Agarwal |
| **To:** | "John Krohn" |
| **Cc:** | Rajshri Agarwal |
| **Subject:** | FW: Loan |
| **Date:** | Wednesday, September 27, 2017 6:43:00 PM |
| **Attachments:** | Loan Document.170416.docx |

John

We have a bunch of questions--can you help us understand :

1. We would like to formalize the $400,000 short term loan to Spotlight on April 18th. See enclosed documents summarizing the terms.
2. Regarding transfer of Merritt stocks to our children, we would like to understand the following:
    a. I know this will reduce KemX's debt by $350,000 towards us.
    b. So, if I am reading correctly, the balance sheet shows $4.855m as other liability (which I am assuming is Technochem's contribution) and $1.797m as debt to SA. Will this amount be deducted from $4.855m or $1.797m? Does it matter which one it comes from (from tax point of view)?
    c. What royalty level will this put us? After taking into account the original $350K + the $350K of Merritt Transfer? And also the consideration for the $400K loan to Spotlight.
3. When we gift the shares to children, do you know if the amount is equal to the original purchase price ($350,000) or the current price of the stocks?


Dr. Sanjeev Agarwal
Office: 515-432-4020
Cell: 515-450-1779

Loan Document

Loan Provided by: Sanjeev and Rajshri Agarwal

Loan Provided to: Spotlight Innovation

Amount: $400,000

Date: April 18, 2017

Duration: two months

Interest Rate: 9% per year compound

Caretta Royalty: Level 12x for entire investment including $350,000 worth of shares purchased earlier.

Spotlight Warrants: 30% at $1.25 each.


Signatures