| | |
|---|---|
| **From:** | John Krohn |
| **To:** | June Beetler; Craig Lang; Dr. Sanjeev Agarwal; Ralph Arthur; jkrohn57@gmail.com; J. William Pim; SI rene.erickson; jstein@imslg.com |
| **Subject:** | K4 Proposal Presentation |
| **Date:** | Friday, December 1, 2017 10:56:38 AM |
| **Attachments:** | K4 ENT LOC Overview 2017 12 01v2.pdf |

Attached is the presentation for this morning's discussion.

Thank you!

Jill Linder

# K4 ENTERPRISES

## PRIVATE LINE OF CREDIT OVERVIEW



1

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.



CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# K4 ENTERPRISES INTRODUCTION

**K4 Enterprises** (K4 ENT) is an Iowa-based LLC owned by Mike and Donna Kemery along with John and Mary Krohn. Mike and John actively run the day-to-day operations.

**Michael W. Kemery**

- Mr. Kemery is a Managing Director of K4 ENT. He holds the following Corporate positions:

    — KemX Global — Chairman

    — GOOI Global — Chairman, President and CEO

    — Longfellow Foundation — Chairman, President and CEO

- Mr. Kemery is also partner in numerous ventures in the construction, technology and agricultural fields. He has a long record of achievement in management. He is a CPA by background and started his career working for two Iowa-based CPA firms.

**John M. Krohn**

- Mr. Krohn is a Managing Director of K4 ENT. He holds the following Corporate positions:

    — Spotlight Innovation — Chairman, President and CEO

    — KemX Global — CEO and Board Member

    — GOOI Global — COO and Board Member

- Mr. Krohn formally retired from a long, distinguished career in Financial Services with Principal Financial Group, focusing on complex estate and business planning solutions. He was inducted into the Principal Financial Group Agent Hall of Fame and is the 2014 recipient of the Lifetime Achievement Award for life insurance sales. He is a CPA by background and started his career working for two Iowa-based CPA firms.

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# SELECT HOLDINGS OF K4 ENT

**K4 ENTERPRISES** — K4 ENT is private company, and its specific holdings and investments are confidential in nature. Non-certified financial review of the holdings will be provided by The Vroman Group CPA firm.



**Spotlight Innovation Inc**. — Acquires and develops proprietary therapies to address unmet medical needs, with an emphasis on rare, emerging and neglected diseases.



- **Caretta Therapeutics, LLC** — Develops and markets over-the-counter (OTC) analgesic products formulated to provide relief from chronic pain associated with inflammation.
- **Celtic Biotech Iowa, Inc**. — Developing novel therapeutic products for the treatment of solid cancers and pain in humans.



- **SMA Therapeutics, LLC** — Developing spinal muscular atrophy therapies
- **Zika Therapeutics, LLC** — Developing therapies for Zika Virus infection

**GOOI Global** — A vertically-aligned public holding company that invests in unique, revenue-generating, business platforms in the financial and data analytics industries.



- **GOOI Mortgage, Inc**. — Premier provider of back office mortgage solutions for credit unions, community banks and mortgage bankers of all sizes.



- **Morelity, LLC** —Making big data tools simple for multiple types of financial institutions so they are able to execute on their data more efficiently.



4

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# SELECT HOLDINGS OF K4 ENT

**KemX Global** — KemX Global creates natural products that are used as ingredients in more than 5,000 different product categories.



- **Glycerin Group, LLC** — State-of-the-art processing of crude glycerin to 99.7% pure refined glycerin; annual capacity 85 million lbs.
- **KemXOil, LLC** — State-of-the-art processing of traditional and specialty cooking oils with annual capacity of 131 million lbs.
- **Ferm** — Creating natural chemicals and/or food additives through the fermentation process

**Prairie Crest Capital, LLC** — A Midwest-based venture capital firm focused on early stage investments in promising, transformational agriculture and technology innovation.



*Examples of Portfolio Companies. Other Confidential holdings discuss in person.*



- **Certintell, Inc.** — Telemedicine platform technology focused on providing affordable, sustainable access and affordability to underserved population.



- **AgPixel, LLC** — Assists customers using unmanned aerial vehicles (UAV) and manned aircraft systems in acquiring, processing, and analyzing agricultural data

5

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# PORTFOLIO COMPANY PRODUCT
## CARETTA THERAPEUTICS' VENODOL ROLL-ON

- Formulated to provide long-lasting relief from chronic pain associated with inflammation
  - Available over-the-counter (OTC) – No prescription needed
  - Non-Opioid
  - Non-Addictive
  - Anti-Inflammatory
  - Non-Steroidal
  - Easy-to-Use
  - Scent-Free
  - Active ingredient: Cobra venom
- First format is topical Roll-on; multiple formats and strengths to be introduced



**Retail / Online sales began August 2017**

6

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.

# CHRONIC PAIN MARKET

- Chronic pain diminishes quality-of-life for approx. 50 million Americans
- Since 1999, in the U.S., both the number of prescription opioids sold and deaths from prescription opioids quadrupled
- OTC analgesic pain reliever sales in 2015: $5 billion[1]

# VENODOL GO-TO-MARKET STRATEGY

- Distribution into supermarket, drug store, mass merchandise and warehouse chains through Master Broker Agreement in place with premier global distribution brokerage firm
- Online sales at Walmart.com
- Marketing agreement with University of Iowa / Hawkeye Sports Properties
- Engage award-winning consumer marketing and PR agency
    - Social Media: multi-platform campaigns targeting chronic pain sufferers
    - Advertising: online display, retargeting, social media, print
    - Video: in-aisle infomercial, YouTube channel, broadcast
    - In-store Promotion: product education, etc.
    - Spokespeople: athletes and medical professionals
- Introduce multiple formats and strengths in coming months



[1] Global Analgesics Trends Report 2017, and IMS Institute for Healthcare Informatics, Medicines Use and Spending in the US 2015

7

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.



CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.

# TERMS OVERVIEW AND EXAMPLES

**Loan Offering**

| | |
|---|---:|
| Minimum Loan Commitment | $ 50,000 |
| Loan Raise Maximum | $ 10,000,000 |
| Loan Term – Months[1] | 36 |

*Interest paid on an annual basis, and remaining interest and principal amount is due at end of Note term*

**Terms (for $50,000 investment)**

| | |
|---|---:|
| Base Interest Rate[2] | 7.00% |
| Venodol Base Royalty Rate[3] | 8.50% |
| Projected return per annum | 15.50% |

**Additional Royalty Rate[4]**

| | |
|---|---:|
| For each additional $25,000 investment increase there will be an additional royalty rate of 0.20% | 0.20% |

| 36 MONTH | | | | |
|---|---|---|---|---|
| TOTAL LOAN | MAX RETURN PER ANNUM[2][3] | EARNED PER ANNUM | EARNED OVER 36 MONTHS | EARNED TOTAL RETURN |
| $ 100,000 | 15.90% | $ 15,900 | $ 47,700 | 47.70% |
| $ 250,000 | 17.10% | $ 42,750 | $ 128,250 | 51.30% |
| $ 375,000 | 18.10% | $ 67,875 | $ 203,625 | 54.30% |
| $ 500,000 | 19.10% | $ 95,500 | $ 286,500 | 57.30% |
| $ 675,000 | 20.50% | $ 138,375 | $ 415,125 | 61.50% |
| $ 750,000 | 21.10% | $ 158,250 | $ 474,750 | 63.30% |
| $ 1,000,000 | 23.10% | $ 231,000 | $ 693,000 | 69.30% |
| $ 1,250,000[4] | 25.10% | $ 313,750 | $ 941,250 | 75.30% |

1  18 and 24 month available with reduced base rates. 48 months may also be available upon request.

2  Simple interest paid annually

3  Royalties (if any) are earned starting 4th quarter of 2018, and are paid quarterly starting first quarter 2019. Each quarter thereafter will work in a similar manner. While the royalties themselves are nonguaranteed, K4 ENT to assign all royalties to debt holders first.

4  Maximum increase is at $1,250,000

**For *Projected Use of Proceeds* and *Additional Incentive*, see Page 12**

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# HOW VENODOL ROYALTY PLAN WORKS

DEFINITION: A royalty is a payment by one party to another based on an agreed upon rate and value. Royalties in this offering are based on a per unit sold on our Venodol line of chronic pain relief products and placed in a royalty pool. The royalty pool will be distributed out to the investors on a pro rata basis with additional benefits to investors at higher contribution levels.

## ROYALTY PLAN — FLOW CHART



**ROYALTY PERCENTAGE**

K4 ENT potential Investment
in Portfolio Company STLT

$$\frac{\text{Total investment}\ \$7,500,000}{\$11,500,000} = \mathbf{65\%}$$
(total STLT existing offering)



ROYALTY POOL

$.60

Royalty Pool

Per unit Royalty
Roll-on and future
products

Per Unit Royalty x number
of units sold go into pool

ROYALTY CALCULATION

Royalty Pool
X 65%
Royalty Percentage

Royalties earned starting 4th quarter 2018 and paid quarterly. K4 ENT's royalty ~$.40 per unit

## FINANCING PLAN — FLOW CHART



**STEP 1**   **STEP 2**   MAIN PORTFOLIO COMPANIES   **STEP 3**

DEBT

K4 ENT

Spotlight Innovation Caretta Therapeutics

KemX Global

GOOI Global

Prairie Crest Capital

Up to
$7,500,000

Spotlight
Innovation

**ROYALTIES**

**STEP 5**   **STEP 4**

10

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# LOAN EXAMPLES (FULL)

| | ADDITIONAL $25,000 RATE INCREASE | TOTAL LOAN | EARNED PERCENTAGE RATES | EARNED PER ANNUM | EARNED OVER 36 MONTHS | EARNED TOTAL RETURN |
|---|---|---|---|---|---|---|
| **LOAN AMOUNT** | | $  100,000 | | | | |
| Base Interest Rate | | | 7.00% | $   7,000 | $   21,000 | |
| Base Venodol Royalty Rate | | | 8.50% | $   8,500 | $   25,500 | |
| Additional Royalty Rate | 2 | | 0.40% | $      400 | $     1,200 | |
| Max. Projected Return | | | 15.90% | $  15,900 | $   47,700 | 47.70% |
| **LOAN AMOUNT** | | $  275,000 | | | | |
| Base Interest Rate | | | 7.00% | $  19,250 | $   57,750 | |
| Base Venodol Royalty Rate | | | 8.50% | $  23,375 | $   70,125 | |
| Additional Royalty Rate | 9 | | 1.80% | $   4,950 | $   14,850 | |
| Max. Projected Return | | | 17.30% | $  47,575 | $ 142,725 | 51.90% |
| **LOAN AMOUNT** | | $  550,000 | | | | |
| Base Interest Rate | | | 7.00% | $  38,500 | $ 115,500 | |
| Base Venodol Royalty Rate | | | 8.50% | $  46,750 | $ 140,250 | |
| Additional Royalty Rate | 20 | | 4.00% | $  22,000 | $   66,000 | |
| Max. Projected Return | | | 19.50% | $ 107,250 | $ 321,750 | 58.50% |
| **LOAN AMOUNT** | | $ 1,250,000 | | | | |
| Base Interest Rate | | | 7.00% | $  87,500 | $ 262,500 | |
| Base Venodol Royalty Rate | | | 8.50% | $ 106,250 | $ 318,750 | |
| Additional Royalty Rate | 48 | | 9.60% | $ 120,000 | $ 360,000 | |
| Max. Projected Return | | | 25.10% | $ 313,750 | $ 941,250 | 75.30% |

The above is for illustrative purposes only is not meant to provide for any guaranteed rate of return.

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.

# PROJECTED USE OF PROCEEDS

- Venodol production, marketing and fulfillment

  – Potential sales of Caretta Therapeutics' product Venodol is the source of the Royalties

- Manage inventory purchases of crude glycerin and crude cooking oils for refining and processing in our state-of-the art manufacturing facility

- Additional working capital for investment in various Portfolio Companies

# ADDITIONAL INCENTIVE

First $2,000,000 in investments

- Additional 2% guaranteed interest for the first year

Next $2,000,000 in investments

- Additional 1% guaranteed interest for the first year

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# KEY AFFILIATED MANAGEMENT

**K4 ENT Corporate**

- **Mr. Mike Kemery —**  Managing Director of K4 ENT. (*See Page 3 for bio*)
- **Mr. John Krohn —**  Managing Director of K4 ENT. (*See Page 3 for bio*)

**Spotlight Innovation**

- **Mr. John Krohn** — President, CEO, COO, Director
- **Mr. Bill Pim, CPA, CFO —** Three decades of financial and business development experience. His expertise extends to auditing, financial reporting, SEC compliance, strategic planning, risk management, and M&A activity.
- **Dr. Geoffrey Laff —**  Earned his B.S. in Biology and Ph.D. in Molecular Cell Biology at Yale University, where he received the Sterling Prize Fellowship. He continued his training as a postdoctoral research scientist at Harvard Medical School.
- **Dr. Paul Reid —**  Extensive experience in new drug/product development and clinical trial design. Expertise includes therapeutic product development, regulatory and clinical affairs, and manufacturing. For over 20 years, Dr. Reid has pioneered the clinical study of neuroactive components from rattlesnake and cobra venoms. Dr. Reid has managed clinical studies throughout the United States and Europe using venom components as novel drug candidates.
- **Mr. Rene Erickson** — Three decades of corporate communications experience including marketing, advertising, and branding.

**GOOI GLOBAL**

- **Mr. Jeff Jensen —**  Over 30 years of financial industry experience with the last 18 years consecutively in the mortgage business. He has held senior management positions in his last three roles, including President at Mortgage Compliance Advisors, Inc., the last two of which had successful exits after experiencing rapid revenue and earnings growth.
- **Mr. Adil Khan** — Expertise in financial technology, including audience modeling and data science.

**KemX Global**

- **Dr. Sanjev Agarwal —** President of Technochem International, Inc., a company supplying equipment and infrastructure for the production of vegetable oils, biodiesel, glycerin and fermentation-based specialty-chemicals to clients worldwide. He has supervised the design, fabrication and installation of equipment for startup and existing facilities, has participated in numerous process development projects, and has incorporated novel technologies to improve plant efficiency and reduce waste.
- **Mr. Richard Dygert —** Over 30 years of experience in pharmaceutical and industrial biotechnology with Monsanto, Baxter Diagnostics and CRB. Expertise includes process design and development, process improvement, production operations, equipment design and manufacturing, facility design, and project and construction management.

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.

# FOR MORE INFORMATION CONTACT

**Johnny Krohn**
Direct: 515-975-7031
johnny.krohn@k4ent.com

CONFIDENTIAL AND PROPRIETARY. DO NOT DISTRIBUTE. PRESENTATION IS FOR INFORMATIONAL PURPOSES ONLY. THIS DOES NOT CONSTITUTE AN OFFER TO SELL OR A SOLICITATION OF AN OFFER TO BUY ANY SECURITIES.
.