> FINRA RULES > 12000. CODE OF ARBITRATION PROCEDURE FOR CUSTOMER DISPUTES > PART II GENERAL ARBITRATION RULES

# 12200. Arbitration Under an Arbitration Agreement or the Rules of FINRA

**The Rule** | Notices

Parties must arbitrate a dispute under the Code if:

• Arbitration under the Code is either:

    (1) Required by a written agreement, or

    (2) Requested by the customer;

• The dispute is between a customer and a member or associated person of a member; and

• The dispute arises in connection with the business activities of the member or the associated person, except disputes involving the insurance business activities of a member that is also an insurance company.

Amended by SR-FINRA-2008-021 eff. Dec. 15, 2008.
Adopted by SR-NASD-2003-158 eff. April 16, 2007.

**Selected Notices:** 07-07, 08-57.

‹ PART II GENERAL ARBITRATION RULES     UP     12201. ELECTIVE ARBITRATION ›

©2020 FINRA. All Rights Reserved.
FINRA IS A REGISTERED TRADEMARK OF THE FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.